IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM T. MASON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:07-CV-1757-O |
| | ) | |
| CITY OF DALLAS, TEXAS, | ) | |
| Defendant. | ) | |

FINDINGS OF THE COURT

After making an independent review of the pleadings, files and records in this case, and of the Findings and Recommendation of the United States Magistrate Judge and the plaintiff's objections thereto, I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, it is ORDERED that the complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

Because of his persistence in filing duplicative lawsuits, plaintiff is hereby warned that any future lawsuits filed against the City of Dallas, its employees, agents or representatives, challenging his removal from Central Dallas Public Library in September 2005, may result in the imposition of sanctions, including an order barring him from filing any civil actions without paying the required filing fee or obtaining prior authorization from a district judge or magistrate judge.

In light of the disposition of this case and the sanctions warning issued to plaintiff, the City of Dallas shall notify the court in writing within ten days as to whether it will withdraw its

counterclaim for costs and attorney's fees under 42 U.S.C. § 1988 so the court can enter a final judgment.

The clerk of court shall transmit copies of this order to plaintiff and to counsel for defendant.

SO ORDERED this 27th day of August, 2008.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**